IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:21-cv-225-DAE |
| NEW ECKHERT SQUARE, LTD, ) | |
| d/b/a ECKHERT SQUARE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

COME NOW the Parties, by and through the undersigned counsel, and hereby file this Joint Stipulation to Dismiss Complaint with Prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 7th day of February, 2022.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By: _s/Dennis R. Kurz_____
Dennis R. Kurz
Texas State Bar No. 24068183
dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

**LANGLEY & BANACK, INC.**
Trinity Plaza II, 7th Floor
745 East Mulberry

San Antonio, Texas 78212
(210) 736-6600 – Telephone
(210) 735-6889 – Facsimile

BY:   /s/ *William W. Sommers*
      WILLIAM W. SOMMERS
      State Bar No. 18842600
      wsommers@langleybanack.com
      ERICA E. VALLADARES
      State Bar No. 24045841
      evalladares@langleybanack.com
      NATALIE F. WILSON
      State Bar No. 24076779
      nwilson@langleybanack.com
**ATTORNEYS FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of February, 2022, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Erica E. Valladares, Esq.
**LANGLEY & BANACK, INC.**
745 Mulberry Avenue, Suite 700
San Antonio, Texas 78212
evalladares@langleybanack.com
Attorney for Defendant

 

*/s/ Dennis R. Kurz*
Dennis R. Kurz